**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| ANDREW CREAR | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:24-CV-58 (WLS) |
| | : | |
| KOBIE TURNER et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

On June 18, 2024, Plaintiff filed his Complaint (Doc. 1). The docket reflects that Summonses (Doc. 3) were issued on August 13, 2024. Under Rule 4(m), if the defendant is not served within ninety days after a complaint is filed, the district court, after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed R. Civ. P. 4(m). Plaintiff thus had until Monday, September 16, 2024, to properly serve all Defendants. To date, Plaintiff has only filed proof of service as to Defendant Kobie Turner.

Accordingly, Plaintiff is **ORDERED** to file proof of service as to the remaining Defendants no later than **Wednesday, September 25, 2024**. Plaintiff is noticed that, upon failure to timely comply with this Order, the action may be dismissed without prejudice without further notice or proceedings as to any unserved Defendants.

**SO ORDERED**, this 18th day of September 2024

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1