IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ANDREW D. CREAR,

    Plaintiff,

v.     CIVIL ACTIO NO. 7:24-cv-00058-WLS

KOBE TURNER, individually;
AUSTIN SAENZ, individually; and
APRIL TINSLEY, individually,

    Defendants.

_____/

## STIPULATION OF DISMISSAL

COME NOW plaintiff Andrew D. Crear and defendants Kobe Turner, Austin Saez, and April Tinsley, the parties to the above-styled action, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, and hereby stipulate to the dismissal of this action, **WITH PREJUDICE,** with each party to bear that party's own costs.

**SO STIPULATED**, this 1st day of October, 2025.

    s/Andrew Lampros
    Andrew Lampros   Bar No. 432328
    HALL & LAMPROS, LLP
    300 Galleria Pkwy SE
    Suite 300
    Atlanta, GA 30339
    Tel.: (404) 876-8100
    Fax: (404) 876-3477
    Email: alampros@hallandlampros.com
    Attorney for Plaintiff
    [signed by Raleigh Rollins with express permission]

[signatures continued on following page]

s/Raleigh W. Rollins
Raleigh W. Rollins   Bar No. 613860
ALEXANDER & VANN, LLP
411 Gordon Avenue
Thomasville GA 31792
Phone: (229) 226-2565
Fax: (229) 228-0444
E-mail: rrollins@alexandervann.com
Attorney for Defendants

SO ORDERED this 3rd day of October, 2025.

W. Louis Sands, Sr. Judge
United States District Court

2